JANET LYNN WILSON
23121 OWEN LADNER RD
SAUCIER, MS 39574

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALL IN CREDIT UNION
ATTN: BANKRUPTCY
PO DRAWER 8
DALEVILLE, AL 36322

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CREDIT ACCEPTANCE
P.O. BOX
DETROIT, MI 48255

DISCOVERCAP1
PO BOX 31293
SALT LAKE CITY, UT 84131

MERCURY/FBT
ATTN: BANKRUPTCY
PO BOX 84064
COLUMBUS, GA 31908

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

MONTRELL EDWARDS
16965 ACORN ST
GULFPORT, MS 39503

MS COAST OB/GYN
21 DOCTORS DR
OCEAN SPRINGS, MS 39564

MYRIAD GENETICS
322 N 2200 WEST
SALT LAKE CITY, UT 84116

NELNET
PO BOX 82561
LINCOLN, NE 68501

ONE ADVANTAGE
7650 MAGNA DR
BELLEVILLE, IL 62223

PROSPER FUNDING LLC
ATTN: BANKRUPTCY
221 MAIN ST STE 300
SAN FRANCISCO, CA 94105

SINGING RIVER HEALTH
2101 US-90
GAUTIER, MS 39553

SYNERGETIC COMMUNICATI
5450 NW CENTRAL
STE 220
HOUSTON, TX 77092-2016

THE DERMATOLOGY CLINIC
6510 HWY 90
STE C
39553

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101