WWR# 042342535

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
AT GULFPORT

| | |
|---|---|
| IN RE: | CASE NO. 26-51829-KMS |
| JANET LYNN WILSON | CHAPTER 13 |
| | JUDGE KATHARINE M. SAMSON |
| DEBTOR(S) | |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, ALL IN CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for ALL IN CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON

GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 13th day of November, 2026 addressed to:

THOMAS CARL ROLLINS, JR, Attorney for Debtor
TROLLINS@THEROLLINSFIRM.COM

WARREN A CUNTZ, JR., Trustee
PO BOX 3749
GULFPORT, MS 39505-3749

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

JANET LYNN WILSON
23121 OWEN LADNER RD
SAUCIER, MS 39574-9733

,

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com