**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Janet Lynn Wilson,** **CHAPTER 13**
**Debtor** **CASE NO.: 26-51829-KMS**

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY [Dkt. ]**

This matter is before the Court on the motion of All In Credit Union ("Movant") for relief from the automatic stay of 11 U.S.C. § 362. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and that the Property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property: 2020 Nissan Pathfinder.

**##END OF ORDER##**

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com