United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51829-KMS
Janet Lynn Wilson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 1
Date Rcvd: Nov 18, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet Lynn Wilson, 23121 Owen Ladner Rd, Saucier, MS 39574-9733 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor ALL IN CREDIT UNION cbarbour@blswlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Janet Lynn Wilson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: November 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**JANET LYNN WILSON** **CASE NO. 26-51829 KMS**

**DEBTOR .** **CHAPTER 13**

**ORDER EXTENDING STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed by All In Credit Union (the "Motion") (Dkt. #15) in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that any stay provided by 11 U.S.C. §362 is hereby extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##